UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: §
§
Sean Fabich § Case Number: 20-52835
§ Judge Hoffman
§
Debtor § Chapter 13

## WITHDRAWAL

The debtor, through counsel, withdraws his Amended Objection to Proof of Claim Number 1 (ECF No. 21).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Withdrawal was served on the following parties on April 12, 2021:

***By electronic mail:***

Faye D. English
*Chapter 13 Trustee*

U.S. Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

***By regular U.S. mail:***

Sean Fabich
223 North Monroe Avenue
Columbus, OH 43203

BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Martha R. Spaner
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227

Jon J. Lieberman
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140

                                                Respectfully submitted,

                                                <u>/s/ Michael Ryan Jones</u>
                                                Michael Ryan Jones 0083772
                                                The Jones Law Firm, LLC
                                                7370 E. Main St.
                                                Reynoldsburg, OH 43068
                                                (614) 407-3440
                                                mjones@jonesbankruptcy.com